B5 (Official Form 5) (12/07)

FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>New Jersey | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**NEI Worldwide Graphics, Ltd.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**Northeast Impressions, Inc.**<br>**NEI Color Graphics, Inc.**<br>**NEI Worldwide Graphics, Inc.** |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)<br>**02-0588358** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**200 Clifton Boulevard**<br>**Clifton, NJ 07011** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Passaic** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).<br>2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __NEI Worldwide Graphics, Ltd.__
Case No._____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_

Signature of Petitioner or Representative (State title)

| | |
|---|---|
| **Marquardt Paper, Div of Intl Paper** | **April 1, 2010** |
| Name of Petitioner | Date Signed |

Name & Mailing Address of Individual Signing in Representative Capacity:
Daniel J. Watkels, V.P. MNY
~~Jeffrey Biskaduros, Credit Manager~~
261 River Road
Clifton, NJ 07014

X _[signature]_ April 1, 2010
Signature of Attorney    Date

Kenneth A. Rosen
Name of Attorney Firm (If any)
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Address
Telephone No. 973.597.2500

---

X_____
Signature of Petitioner or Representative (State title)

| | |
|---|---|
| **Case Paper Company** | **April 1, 2010** |
| Name of Petitioner | Date Signed |

Name & Mailing Address of Individual Signing in Representative Capacity:
Alan Hochstadt, Chief Financial Officer
500 Mamaroneck Road
Harrison, NY 10528

X _[signature]_ April 1, 2010
Signature of Attorney    Date

Kenneth A. Rosen
Name of Attorney Firm (If any)
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Address
Telephone No. 973-597-2500

---

X_____
Signature of Petitioner or Representative (State title)

| | |
|---|---|
| **Millmar Paper Sales, Inc.** | **April 1, 2010** |
| Name of Petitioner | Date Signed |

Name & Mailing Address of Individual Signing in Representative Capacity:
Mark Feldman, President
Millmar Paper
175 Fairfield Ave., Suite 5b
Caldwell, NJ 07006

X _[signature]_ April 1, 2010
Signature of Attorney    Date

Kenneth A. Rosen
Name of Attorney Firm (If any)
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Address
Telephone No. 973.597.2500

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Marquardt Paper, Div of Intl Paper<br>261 River Road<br>Clifton, NJ 07014 | Trade Debt | 397,028.30 |
| Case Paper Company<br>500 Mamaroneck Road<br>Harrison, NY 10528 | Trade Debt | 168,354.14 |
| Millmar Paper Sales, Inc.<br>175 Fairfield Ave., Suite 5b<br>Caldwell, NJ 07006 | Trade Debt | 42,184.40 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>607,566.84 |

__0__ continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: **NEI Worldwide Graphics, Ltd.**
Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____        X _____ April 1, 2010
Signature of Petitioner or Representative (State title)        Signature of Attorney    Date

**Marquardt Paper, Div of Int'l Paper**    April 1, 2010     Kenneth A. Rosen
Name of Petitioner                         Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Jeffrey Biskaduros, Credit Manager
261 River Road
Clifton, NJ 07014

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Address
Telephone No. 973.597.2500

X _____        X _____ April 1, 2010
Signature of Petitioner or Representative (State title)        Signature of Attorney    Date

**Case Paper Company**                     April 1, 2010     Kenneth A. Rosen
Name of Petitioner                         Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Alan Hochstadt, Chief Financial Officer
500 Mamaroneck Road
Harrison, NY 10528

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Address
Telephone No. 973-597-2500

X _____        X _____ April 1, 2010
Signature of Petitioner or Representative (State title)        Signature of Attorney    Date

**Millmar Paper Sales, Inc.**              April 1, 2010     Kenneth A. Rosen
Name of Petitioner                         Date Signed       Name of Attorney Firm (If any)

Name & Mailing Address of Individual Signing in Representative Capacity:
Mark Feldman, President
Millmar Paper
175 Fairfield Ave., Suite 5b
Caldwell, NJ 07006

Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
Address
Telephone No. 973.597.2500

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Marquardt Paper, Div of Int'l Paper<br>261 River Road<br>Clifton, NJ 07014 | Trade Debt | 397,028.30 |
| Case Paper Company<br>500 Mamaroneck Road<br>Harrison, NY 10528 | Trade Debt | 168,354.14 |
| Millmar Paper Sales, Inc.<br>175 Fairfield Ave., Suite 5b<br>Caldwell, NJ 07006 | Trade Debt | 42,184.40 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>607,566.84 |

0    continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor __NEI Worldwide Graphics, Ltd.__
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Petitioner | Attorney |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br>**Marquardt Paper, Div of Intl Paper**     April 1, 2010<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Jeffrey Biskaduros, Credit Manager**<br>**261 River Road**<br>**Clifton, NJ 07014** | X_____     April 1, 2010<br>Signature of Attorney          Date<br>**Kenneth A. Rosen**<br>Name of Attorney Firm (If any)<br>**Lowenstein Sandler PC**<br>**65 Livingston Avenue**<br>**Roseland, NJ 07068**<br>Address<br>Telephone No. **973.597.2500** |
| X_____<br>Signature of Petitioner or Representative (State title)<br>**Case Paper Company**                 April 1, 2010<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Alan Hochstadt, Chief Financial Officer**<br>**500 Mamaroneck Road**<br>**Harrison, NY 10528** | X_____     April 1, 2010<br>Signature of Attorney          Date<br>**Kenneth A. Rosen**<br>Name of Attorney Firm (If any)<br>**Lowenstein Sandler PC**<br>**65 Livingston Avenue**<br>**Roseland, NJ 07068**<br>Address<br>Telephone No. **973-597-2500** |
| X_/s/ Mark Feldman, President_____<br>Signature of Petitioner or Representative (State title)<br>**Millmar Paper Sales, Inc.**            April 1, 2010<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Mark Feldman, President**<br>**Millmar Paper**<br>**175 Fairfield Ave., Suite 5b**<br>**Caldwell, NJ 07006** | X_____     April 1, 2010<br>Signature of Attorney          Date<br>**Kenneth A. Rosen**<br>Name of Attorney Firm (If any)<br>**Lowenstein Sandler PC**<br>**65 Livingston Avenue**<br>**Roseland, NJ 07068**<br>Address<br>Telephone No. **973.597.2500** |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Marquardt Paper, Div of Intl Paper**<br>**261 River Road**<br>**Clifton, NJ 07014** | Trade Debt | 397,028.30 |
| **Case Paper Company**<br>**500 Mamaroneck Road**<br>**Harrison, NY 10528** | Trade Debt | 168,354.14 |
| **Millmar Paper Sales, Inc.**<br>**175 Fairfield Ave., Suite 5b**<br>**Caldwell, NJ 07006** | Trade Debt | 42,184.40 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**607,566.84** |

_0_ continuation sheets attached